UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  
HARRELL D. MILHOUSE (P43392)

       Petitioner.

_____/

CASE NO. 12-mc-51666

DISTRICT JUDGE GEORGE CARAM STEEH  
DISTRICT JUDGE MARK A. GOLDSMITH  
DISTRICT JUDGE GERSHWIN A. DRAIN

## ORDER GRANTING READMISSION TO PRACTICE LAW IN THE EASTERN DISTRICT OF MICHIGAN

The court heard oral argument on December 2, 2015, and considered Petitioner's request to be reinstated to the practice of law in the Eastern District of Michigan. The court also heard from Emily A. Downey, representing the Grievance Administrator, who supplemented the record evidence bearing on Petitioner's request.

For the reasons stated on the record, the Petition IS HEREBY GRANTED.

Dated: December 4, 2015

s/George Caram Steeh  
GEORGE CARAM STEEH  
UNITED STATES DISTRICT JUDGE

s/Mark A. Golsmith  
MARK A. GOLDSMITH  
UNTIED STATES DISTRICT JUDGE

s/Gershwin A. Drain  
GERSHWIN A. DRAIN

---

CERTIFICATE OF SERVICE

On December 4, 2015, copies of this Order were served upon Chief Judge Gerald E. Rosen; Alan M. Gershel, Grievance Administrator; Emily Downey, Attorney Grievance Commission; Barbara McQuade, U. S. Attorney; Dave Weaver, Court Administrator; and Harrell D. Millhouse, P. O. Box 680, Flint, MI  48501.

s/Barbara Radke  
Deputy Clerk